SCANNED

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED

2007 NOV 16   A 9:55

BY_____
         CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal No. 07-73-B-W |
| | )   (18 U.S.C. §§ 922(g)(1), 924(e)) |
| THOMAS I. HICKEY, III | ) |

INDICTMENT

The Grand Jury charges:

COUNT ONE

Between about February 28, 2006, and March 3, 2006, in the District of Maine, defendant

**THOMAS I. HICKEY, III**

having been convicted in courts of the State of Massachusetts of crimes that were then punishable by imprisonment for terms exceeding one year, specifically:

1. Armed assault with intent to rob (Commonwealth of Massachusetts, Superior Court, County of Middlesex, Docket Number 94-2341-002);

2. Assault with a dangerous weapon (Commonwealth of Massachusetts, Superior Court, County of Middlesex, Docket Number 94-2341-003);

3. Unauthorized possession of a firearm (Commonwealth of Massachusetts, Superior Court, County of Middlesex, Docket Number 94-2341-004);

4. Armed robbery (Commonwealth of Massachusetts, Superior Court, County of Middlesex, Docket Number 88-1070);

5. Armed robbery (Commonwealth of Massachusetts, Superior Court, County of Middlesex, Docket Number 88-1073);

Scanned by: ER
Folder Location: Fri
File Name: jaw07CR73 Ind.
Names of Attachments, if any:

6. Armed robbery (Commonwealth of Massachusetts, Superior Court, County of Middlesex, Docket Number 88-1074);

7. Assault with a dangerous weapon (Commonwealth of Massachusetts, Superior Court, County of Middlesex, Docket Number 88-1075);

8. Unlawful carrying of a firearm (Commonwealth of Massachusetts, Superior Court, County of Middlesex, Docket Number 88-1076);

9. Unlawful carrying of a firearm (Commonwealth of Massachusetts, Superior Court, County of Middlesex, Docket Number 88-1077);

10. Unlawful carrying of a firearm (Commonwealth of Massachusetts, Superior Court, County of Middlesex, Docket Number 88-1078);

knowingly possessed in or affecting commerce the following firearm:

Hi-Point, .380 caliber pistol, serial number P839778;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

**SIGNATURE REDACTED**
Original on File

Date: 11-16-07

_____
(Assistant) United States Attorney