SCANNED

<u>SYNOPSIS</u>      CR-07-73-B-W

**Name:**           Thomas I. Hickey, III

**Address:**        Billerica, MA

**Year of Birth:**  1969                                                      **Age:** 38

**Violations:**   Count 1:   18 U.S.C. §922(g)(1) & 924(e), Felon in possession of firearm

**Penalty:**      Count 1:   Imprisonment of not less than 15 years and not more than life and/or a fine of not more than $250,000 (Class A felony)

**Supervised Release:** Count 1:   Not more than 5 years. 18 U.S.C. § 3583(b).

**Maximum Term of Imprisonment for Violation of Supervised Release:**
              Count 1:   5 years. 18 U.S.C. § 3583(e)(3).

**Maximum Term of Supervised Release for Violation of Supervised Release:**   Count 1:   5 years. 18 U.S.C. § 3583(h).

**Defendant's Attorney:** Not known

**Detention Status:** Defendant in the custody of the State of Massachusetts

**Foreign National:** No

**Consular Notification Provided:** N/A

**County:** Aroostook

**AUSA:** F. Todd Lowell

**Primary Investigative Agency:** ATF

**Guidelines:** Yes, apply

**Victim Case:** No

**Organizational Victims Owed Restitution:** No

**Felony Assessments:** $100. 18 U.S.C. § 3013(a)(2)(A).

**Caption of Any Related Search Warrants:** N/A

Scanned by: ____
Folder Location: ____
File Name: jaw07CR73 syn
Names of Attachments, if any: ____