UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA          )
                                  )
          v.                      )     Case No. 07-73-B-W
                                  )
THOMAS I. HICKEY, III             )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court or the issuance of a writ of habeas corpus
          x  Ad Prosequendum              ❑ Ad Testificandum

Name of Detainee:          Thomas I. Hickey, III

Detained at (custodian):   Old Colony Correctional Center, Steve O'Brien, Superintendent, 1 Administration Road, Bridgewater, MA  02324

Detainee is:    a.)   x    charged in this district by:
                           X Indictment      ❑ Information      ❑ Complaint
                           Charging Detainee With: Felon in Possession of a Firearm: 18:922(g)(1)
         or     b.)   ❑    a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)   ✓    return to the custody of detaining facility upon termination of proceedings
         or     b.)   ❑    be retained in federal custody until final disposition of federal charges

x  Appearance is necessary on January 18, 2008, at 9:00 a.m. for the purpose of an arraignment.

Attorney Name (Printed) F. Todd Lowell          Signature: /s/ F. Todd Lowell

Dated: January 2, 2008                          Attorney of Record for: U.S. Attorney's Office

---

## WRIT OF HABEAS CORPUS
          X  Ad Prosequendum              ❑ Ad Testificandum

The above application is granted and the above named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee, on the date and time recited above, AND retain said detainee for all further proceedings as ordered by the court, after which the detainee shall be returned to the original custodian.

_____          _____
          Date                           United States District/Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable):   _____          X Male   ❑ Female
Booking or Fed. Reg. #:   _____     DOB: 7/31/69
Facility Address:         1 Administration Road Bridgewater, MA  02324     Race: _____
                                                                     FBI # : _____
Facility Phone:           508-279-6000
Currently Incarcerated for: _____

---

Return of Service

Executed on _____ By _____
                                          (Signature)

N:\TLowell\USA v. Hickey, Thomas\writ for 011808.wpd