UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

CRIMINAL CASES SCHEDULED FOR TRIAL COMMENCING

BEFORE HON. JOHN A. WOODCOCK, JR.

ON MAY 6, 2008

The following cases are scheduled for jury impanelment at 9:00 a.m. on May 6, 2008 and trial immediately thereafter.  Counsel are specifically advised that each case is set for selection not later than 9:00 a.m. and Counsel shall be present and ready at that time.

Any requested voir dire interrogatories; requested jury instructions, the need for which can reasonably be anticipated at that time; and trial briefs, not to exceed twenty (20) pages, shall be filed by 12:00 Noon, April 29, 2008.  Juror questionnaires will be available for inspection in the Clerk's Office three days prior to jury empanelment and should be reviewed since the questions asked in them will not be re-asked during voir dire.

Counsel shall advise the Clerk not later than April 22, 2008 whether their case is firm for trial or is to be otherwise resolved.  Any change of plea will be taken prior to May 6, 2008.

The Pattern Criminal Jury Instructions for the District Courts of the First Circuit are available for inspection in the Clerk's Office and can also be found on the District Court's Internet Home Page at www.med.uscourts.gov.

Information regarding the use and reservation of the electronic evidence presenter can be found at www.med.uscourts.gov under Courtroom  Practices.

Counsel are specifically directed to Local Rule 157.4 and should consult with the Court if there is any doubt regarding the application of this rule.

Criminal Trials to Commence May 6, 2008

| | | |
|---|---|---|
| 1. | UNITED STATES OF AMERICA V.<br>CRIMINAL NO: 08-19-B-W | RUSSELL E. BOOKER |
| | Jams M. Moore, AUSA | Virginia G. Villa, AFD |
| | Estimated trial length 2-3 days | |
| 2. | UNITED STATES OF AMERICA V.<br>CRIMINAL NO: 07-61-B-W | *ROBERTO RODRIGUEZ |
| | Joel B. Casey, AUSA | Bruce C. Mallonee, Esq.<br>Scott A. Lutes, Esq. |
| | *Spanish Interpreter | |
| 3. | UNITED STATES OF AMERICA V.<br>CRIMINAL NO: 07-66-B-W | ROCHELLE KENNEY |
| | Joel B. Casey, AUSA<br>Jonathan R. Chapman, AUSA<br>James W. Chapman, AUSA | David W. Bate, Esq. |
| 4. | UNITED STATES OF AMERICA V.<br>CRIMINAL NO: 07-73-B-W | THOMAS I. HICKEY, III |
| | F. Todd Lowell, AUSA | Virginia G. Villa, AFD |
| 5. | UNITED STATES OF AMERICA V.<br>CRIMINAL NO: 07-77-B-W | FELICIA M. BROOKS |
| | James M. Moore, AUSA | Virginia G. Villa, AFD |
| 6. | UNITED STATES OF AMERICA V.<br><br>CRIMINAL NO: 07-84-B-W | SVEN NICHOLAS CUCCINELLO |
| | James L. McCarthy, AUSA | Terence M. Harrigan, Esq. |

| | | |
|---|---|---|
| 7. | UNITED STATES OF AMERICA  V.<br><u>CRIMINAL NO:  07-86-B-W</u><br><br>James L. McCarthy, AUSA | BONNY L. REYNOLDS<br><br><br>Jeffrey M. Silverstein, Esq. |
| 8. | UNITED STATES OF AMERICA  V.<br><u>CRIMINAL NO:  08-17-B-W</u><br><br>James L. McCarthy, AUSA | ROB B. GRAY<br><br><br>Marvin H. Glazier, Esq. |
| 9. | UNITED STATES OF AMERICA  V.<br><u>CRIMINAL NO:  08-18-B-W</u><br><br>Nancy Torresen, AUSA | KATRINA WICKETT<br><br><br>Richard L. Hartley, Esq. |
| 10. | UNITED STATES OF AMERICA  V.<br><u>CRIMINAL NO:  08-46-B-W</u><br><br>F. Todd Lowell, AUSA | ANDERSON DOS SANTOS<br><br><br>Terence M. Harrigan, Esq. |
| 11. | UNITED STATES OF AMERICA  V.<br><br><u>CRIMINAL NO:  08-49-B-W</u><br><br>Nancy Torresen, AUSA<br><br>*Spanish Interpreter | *MARCO ESTRADA-SANCHEZ<br><br><br><br>Virginia V. Villa, AFD |